IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

CHRISTOPHER DARNELL EUGENE ROACH                         PETITIONER

VERSUS                              CIVIL ACTION NO. 1:11-cv-370-HSO-RHW

CHRISTOPHER EPPS, and
KENNETH REAGANS                                          RESPONDENTS

### ORDER ADOPTING PROPOSED FINDINGS OF FACT AND RECOMMENDATION, DENYING PETITION FOR WRIT OF HABEAS CORPUS, AND DISMISSING ACTION WITH PREJUDICE

This matter is before the Court on the Proposed Findings of Fact and Recommendation [9] of Magistrate Judge Robert H. Walker, entered in this cause on October 5, 2012.  The Magistrate recommended that Petitioner Christopher Darnell Eugene Roach's Petition [1] for Writ of Habeas Corpus be denied.  Rep. and Rec. [9] at p. 9.  To date, Petitioner has not filed any objection to the Proposed Findings of Fact and Recommendation.  Where a party fails to file specific objections to a magistrate's proposed findings of fact and recommendation, the district court reviews the proposed findings of fact and recommendation for findings and conclusions that are clearly erroneous or contrary to law.  28 U.S.C. § 636(b)(1); *see United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

The Court finds that the Magistrate Judge properly recommended that the Petition be dismissed.  After referral of hearing by this Court, no objections having been filed as to the Proposed Findings of Fact and Recommendation, and the Court, having fully reviewed the same as well as the record and relevant law in this matter, and being fully advised in the premises, finds that the Proposed Findings of

Fact and Recommendation are neither clearly erroneous nor contrary to law, and should be adopted in their entirety as the opinion of this Court.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the Proposed Findings of Fact and Recommendation [14] of Magistrate Judge Robert H. Walker, entered in this cause on October 5, 2012, are adopted in their entirety as the opinion of this Court.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, the Petition for Writ of Habeas Corpus [1] filed by Petitioner Christopher Darnell Eugene Roach pursuant to 28 U.S.C. § 2254 is **DENIED**.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, this action is **DISMISSED WITH PREJUDICE**.  A separate judgment will be entered in accordance with this Order as required by FED. R. CIV. P. 58.

**SO ORDERED AND ADJUDGED**, this the 29th day of October, 2012.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE